Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  16−17405−KCF
                Chapter:  7
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Queen Equities LLC
    428 Clifton Ave.
    Unit #9
    Lakewood, NJ 08701

Social Security No.:

Employer's Tax I.D. No.:
    22−3813991

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: May 20, 2016                Kathryn C. Ferguson
                                      Judge, United States Bankruptcy Court